# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 3:19-cr-00630-B *SEALED* |
| | § | |
| STEVEN DEAN ANTHONY (2) | § | |

**U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED FEB 21 2020 CLERK, U.S. DISTRICT COURT By_____ Deputy**

## WAIVER OF DETENTION HEARING

I understand that I have been charged with an offense in a criminal complaint or an indictment filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a detention hearing.

I agree to waive my right to a detention hearing

✓ without reservation.

\_\_\_\_\_ but reserve my right to ask for a hearing if I am released from state custody while this case is pending.

\_\_\_\_\_ but reserve my right to ask for a hearing if I am able to obtain a bond from ICE while this case is pending.

DATED this February 21, 2020.

_____
Signature of Defendant

_____
Attorney for Defendant