# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**HONORABLE:** Rebecca Rutherford
**DEPUTY CLERK:** L. Price
**LAW CLERK:** _____
**INTERPRETER:** _____

**PRESIDING:** _____
**COURT REPORTER/TAPE NUMBER:** *Todd Anderson*
**USPO:** _____
**Date:** February 21, 2020

---

Cr.No.3:19-cr-00630-B *SEALED*                    DEFT. No._____

UNITED STATES OF AMERICA
§
§
v.
§
§
§
STEVEN DEAN ANTHONY (2)
§

_____ *P.J. Neill* _____, AUSA

_____ *Chris Lewis* _____
COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

---

## (ARRAIGNMENT/REARRAIGNMENT)

Time in Court:_____ *1 hr*

Trial Status:   ☐ Completed by Jury Verdict   ☐ Continued from Previous Month   ☐ Direct Verdict   ☐ Evidence Entered

☐ Hung Jury   ☐ Jury Selection Only, continued   ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial   ☐ Settled/Guilty   ☐ None

Days in Trial:_____

Hearing Concluded:   ☐ Yes   ☐ No

☐ Defendant SWORN.

☑ Arraignment   ☐ Rearraignment – Held on Count(s) _____1,3_____

of the __27___ count(s)   ☑ Indictment   ☐ Information   ☐ Superseding Indictment   ☐ Complaint

☐ Sentencing Guidelines                                        ☐ Superseding Information

☑ Deft enters a pleas of       ☑ Not Guilty   ☐ Guilty   ☐ Nolo

☐ Waiver of Jury Trial

☐ Waiver of Indictment filed

☐ Plea Agreement accepted       ☐ Court defers acceptance of Plea Agreement

☐ Plea Agreement filed (see agreement for details)   ☐ No Plea Agreement

☐ Plea Agreement included with Factual Resume.

☐ Factual Resume filed.

☐ Sentencing set   Date: _____   Time: _____

☐ Trial set for   Date: _____   Time: _____
    Pretrial motions due: _____   Discovery motions/Government Responses due: _____

☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.

☐ PSI waiver filed.   PSI due: _____   Pre-sentence Referral Form to: _____

☐ Deft Bond   ☐ Set   ☐ reduced to $ _____   ☐ Cash   ☐ Surety   ☐10%   ☐ PR

☐ Deft failed to appear, bench warrant to issue.

☐ Bond   ☐ continued   ☐ forfeited

☐ Deft Custody/Detention continued.

☑ Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 21 2020
CLERK, U.S. DISTRICT COURT
By_____
Deputy